

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

$11,938.00 in U.S. Currency and Firearm,

\* From the Criminal District Court No. 4 of Tarrant County, Trial Court No. S-15487.

Vs. No. 11-24-00160-CV

\* October 17, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.